UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
RAMON JAQUEZ, *individually and on behalf of others similarly situated*,

                Plaintiffs,

    -against-

CARROL BOYES CORPORATION,

                Defendant.

------------------------------------ x

ORDER

20 Civ. 6529 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: November 9, 2020
       New York, New York

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge